L. CHURCHWELL,

    *Plaintiff,*

v.      No. 2:15-cv-107-RLJ

CENTURION, *et al.*,

    *Defendants.*

## JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with the orders of the court. Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED**, in the memorandum, that any appeal from this order would not be taken in good faith, if plaintiff files a notice of appeal, he also must submit a motion for leave to appeal *in forma pauperis* and a certified copy of his inmate trust fund showing the transactions in the account for the last six months. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

ENTER:

                                            LEON JORDAN
                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT